**EXHIBIT 1**

1    Trevor J. Fish, Arizona Bar #023206
     **EVANS, DOVE, NELSON, FISH & GRIER** P.L.C.
2    2650 E. Southern Avenue
     Mesa, Arizona 85204
3    Phone: (480) 926-8600
     Fax: (480) 926-8985
4

5    Trevor J. Fish, AZ State Bar #023206
     *Email: Trevor.Fish@azbar.org*
6    *Attorney for Plaintiff EconLit, LLC*

7

8            **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9                **IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| 10   ECONLIT, LLC, an Arizona limited liability company, | No.   CV2017-096472 |
| 11 | |
| 12       Plaintiff, | **SUMMONS** |
| 13   vs. | *LSC* |
| 14   TRANSNATIONAL MANAGEMENT SYSTEMS, LLC, a Delaware limited liability company; TRANSNATIONAL MANAGEMENT SYSTEMS II, LLC, a Delaware limited liability company; JOHN DOES I-X; JANE DOES I-X; JOHN DOE ENTITIES I-X, | If you would like legal advice from a lawyer, Contact the Lawyer Referral Service at 602-257-4434 or www.maricopalawyers.org Sponsored by the Maricopa County Bar Association |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19       Defendants. | |

20

21       THE STATE OF ARIZONA TO THE DEFENDANT(S):

22   (i)    **TRANSNATIONAL MANAGEMENT SYSTEMS, LLC**, a Delaware limited liability
23        company;

24   (ii)   **TRANSNATIONAL MANAGEMENT SYSTEMS II, LLC**, a Delaware limited liability
25        company;

26   (iii) **JOHN DOES I-X; JANE DOES I-X; JOHN DOE ENTITIES I-X.**

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt of Officer's Return. RCP 4; ARS Sections 20-222, 23-502, 23-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied with the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon Plaintiff's attorney. RCP 10(d); ARS Section 12-311; RCP 5.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiff's attorney is:

**Trevor J. Fish**
**EVANS, DOVE, NELSON, FISH & GRIER PLC**
**2650 E. Southern Avenue**
**Mesa, Arizona 85204**

SIGNED AND SEALED this date: _____



**EXHIBIT 2**

Trevor J. Fish, Arizona Bar #023206
EVANS, DOVE, NELSON, FISH & GRIER P.L.C.
2650 E. Southern Avenue
Mesa, Arizona 85204
Phone: (480) 926-8600
Fax: (480) 926-8985

Trevor J. Fish, AZ State Bar #023206
Email: Trevor.Fish@azbar.org
Attorney for Plaintiff EconLit, LLC

COPY

DEC 2 6 2017

MICHAEL K. JEANES, CLERK
A. SANCHEZ
DEPUTY CLERK

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| ECONLIT, LLC, an Arizona limited liability company, | No.  CV 2017-096472 |
| Plaintiff, | **COMPLAINT** |
| vs. | (Breach of Contract/Open Account, Breach of Good Faith and Fair Dealing, Unjust Enrichment) |
| TRANSNATIONAL MANAGEMENT SYSTEMS, LLC, a Delaware limited liability company; TRANSNATIONAL MANAGEMENT SYSTEMS II, LLC, a Delaware limited liability company; JOHN DOES I-X; JANE DOES I-X; JOHN DOE ENTITIES I-X, | |
| Defendants. | |

Plaintiff ECONLIT, LLC, by and through counsel undersigned, hereby alleges as follows:

### JURISDICTIONAL ALLEGATIONS

1.    Plaintiff ECONLIT, LLC, is an Arizona limited liability company organized under the laws of Arizona with its principal place of business located in Maricopa County, State of Arizona.

2.      Upon information and belief, TRANSNATIONAL MANAGEMENT SYSTEMS, LLC is a Delaware limited liability company, with its principal place of business located in New York, NY.

3.      Upon information and belief, TRANSNATIONAL MANAGEMENT SYSTEMS II, LLC is also a Delaware limited liability company, with its principal place of business similarly located in New York, NY.

4.      Upon information and belief, Defendants John Does I-X and Jane Does I-X are residents of, or who are subject to the jurisdiction of, Maricopa County, State of Arizona.

5.      Upon information and belief, Defendants John Doe Entities I-X are entities that are licensed, organized and/or are doing business in Maricopa County, State of Arizona.

6.      The majority of events, transactions, and occurrences that are the subject matter of this complaint took place in Maricopa County, State of Arizona; and/or the parties have agreed to the venue of this action within Maricopa County, State of Arizona.

7.      This Court has jurisdiction over this matter and venue is proper.

8.      The amount of this claim is within the jurisdictional limits of the court.

9.      The true names of JOHN DOES I-X, JANE DOES I-X, and JOHN DOE ENTITIES I-X are presently unknown to Plaintiff, and such parties are therefore sued as fictitious named Defendants.   Plaintiff will add the true names of said fictitious named Defendants when such become known.

10.      Upon information and belief, each fictitious named Defendant and each named Defendant is legally responsible for the events and damages described herein.   Further, upon information and belief and at all times material hereto, Defendants, each of them named and

2

fictitious, were the agents, servants and employees of the remaining co-Defendants and each were at all times acting within the scope and course of said agency and/or employment.

11.     All individual Defendants were at all times acting for and on behalf of their marital community, if one existed.

## GENERAL ALLEGATIONS

12.     Plaintiff hereby incorporates by this reference the forgoing allegations as though fully set forth herein.

13.     Plaintiff ECONLIT, LLC ("*Plaintiff*") is a consulting firm which provides economic, financial, and statistical analyses to its clients in complex commercial disputes.

14.     Plaintiff seeks to collect upon an outstanding balance that is owed in connection with professional expert witness and/or consulting services provided by Plaintiff on behalf of Defendants regarding the case matter known as *Transnational Management Systems, LLC; et al. v. Pegasus Elite Aviation, Inc.; et al.*, case number LC100724, pending before the Los Angeles County Superior Court of the State of California.

15.     Pursuant to the express terms of the written and acknowledged engagement letter, Transnational Management Systems, LLC and Transnational Management Systems II, LLC (*collectively "Transnational"*) is responsible for payment of Plaintiff's fees and costs.

16.     Each defendant named herein directly benefited from, and are all collectively responsible for payment of Plaintiff's professional services.

17.     Attached hereto as **Exhibit "A"** is the most recent Invoice for Finance Charges as of 11/25/2017, along with a Customer Open Balance ledger showing the original past due balance and summary of invoiced amounts.

3

18.     Despite making assurances otherwise, Defendants have failed to honor the parties' payment agreement, and have not tendered to Plaintiff the full outstanding balance that remains due and owing.

19.     All conditions that were precedent to Plaintiff's entitlement to payment have been performed.   Specifically, work was commenced and professional services were provided by Plaintiff on Defendants' behalf.

20.     Repeated demands have been made upon Defendants for immediate payment of the past due balance.

21.     As of this date, full payment has not been tendered and a significant past due balance remains due and owing by Defendants.

22.     As of 11/25/2017, a total balance in the amount of $218,574.95 remains due and owing, along with **accruing interest** at the rate of two percent (2%) per month, and reimbursement for Plaintiff's court costs and attorneys' fees.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract / Open Account)

23.     Plaintiff hereby incorporates by this reference the forgoing allegations as if fully set forth herein.

24.     The Defendants' actions as stated above constitute a breach of contract regarding the agreements entered into between Defendants and Plaintiff, and specifically with regards to the parties' signed engagement letter.

25.     The Defendants have breached their payment agreement with Plaintiff, and owe an unpaid balance upon an open account.

4

26.    As a direct and proximate result of Defendants' breach, Plaintiff has incurred significant actual and consequential damages. These damages include, but are not limited to: A total balance due in the amount of **$218,574.95** as of 11/25/2017, along with **accruing interest** at the rate of two percent (2%) per month, plus other accruing fees and costs. Plaintiff is also entitled to recover damages proved by the evidence to have resulted naturally and directly from the breach, and consequential damages in an amount to be determined at the trial of this matter.

27.    Plaintiff is entitled to recover its costs and attorney fees pursuant to the agreements entered into between the parties and/or A.R.S. §§ 12-341.01 and 12-341, this matter having arisen out of a contract.

28.    Plaintiff is also entitled to pre and post judgment interest on the amount that is due and owed from the time that the amounts became due and payable until paid in full.

<u>SECOND CLAIM FOR RELIEF</u>
(Breach of Good Faith and Fair Dealing)

29.    Plaintiff hereby incorporates by this reference the forgoing allegations as if fully set forth herein.

30.    Under Arizona law, every party to a contract has a duty to act fairly and in good faith; the law implies this duty.

31.    This duty to act fairly and in good faith requires that neither party do anything that prevents the other party from receiving the benefits of their agreement.

32.    The Defendants' actions as stated above constitute a breach of its implied duty of good faith and fair dealing with the Plaintiffs.

33.    As a direct and proximate result of Defendants' breach of their implied duty of good faith and fair dealing, Plaintiffs are entitled to recover damages proved by the evidence to

have resulted naturally and directly from the breach, and consequential damages in an amount to be determined at the trial of this matter.

34.     Plaintiff is entitled to its court costs and attorney's fees pursuant to the agreements entered into between the parties and/or A.R.S. §§ 12-341 and 12-341.01, this matter having arisen out of a contract.

35.     Plaintiff is also entitled to pre and post judgment interest on the amount that is due and owed from the time that the amounts became due and payable until paid in full.

**THIRD CLAIM FOR RELIEF**
**(Unjust Enrichment)**

36.     Plaintiff hereby incorporates by this reference the forgoing allegations as if fully set forth herein.

37.     Plaintiff provided professional services on behalf of Defendants for which Plaintiff has not been properly compensated.

38.     Plaintiff has not received the benefit for which Defendants are contractually obligated to provide.

39.     Defendants would be unjustly enriched if allowed to enjoy the benefits of the professional services provided at Plaintiff's expense.

40.     Plaintiff is entitled to recover from Defendants damages which include, but are not limited to: A total balance due in the amount of **$218,574.95** as of 11/25/2017, along with **accruing interest** at the rate of two percent (2%) per month, plus other accruing fees and costs. Plaintiff is also entitled to recover damages proved by the evidence to have resulted naturally and directly from Defendants' actions, and consequential damages in an amount to be determined at the trial of this matter.

41.     Plaintiff is entitled to recover its costs and attorney fees pursuant to the agreements entered into between the parties and/or A.R.S. §§ 12-341.01 and 12-341, this matter having arisen out of a contract.

42.     Plaintiff is also entitled to pre and post judgment interest on the amount that is due and owed from the time that the amounts became due and payable until paid in full.

**WHEREFORE,** Plaintiff prays for relief as follows:

A.     For actual damages in the amount of **$218,574.95** as of 11/25/2017, along with **accruing interest** at the rate of two percent (2%) per month, plus other accruing fees and costs, as compensation for professional services provided to Defendants at Plaintiff's expense;

B.     For whatever actual, consequential, general, or special damages that Plaintiff may prove at the trial of this matter which would be fair to compensate it under the evidence educed;

C.     For all accrued interest and penalties due under either the Agreements entered into between the parties, and/or by operation of law, including pre and post judgment interest on the amount that is due and owed from the time that the amounts became due and payable until paid in full;

D.     For Plaintiff's court costs and attorneys' fees; and

E.     For such other and further relief that the Court deems appropriate.

Respectfully submitted this 26th day of _December_, 2017.


*EVANS, DOVE, NELSON, FISH & GRIER P.L.C.*

By: _____
Trevor J. Fish, Esq.
EVANS, DOVE, NELSON, FISH & GRIER P.L.C
2650 E. Southern Avenue
Mesa, AZ 85204
*Attorney for Plaintiff EconLit, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## VERIFICATION

STATE OF ARIZONA        )
                        ) ss:
COUNTY OF MARICOPA      )

The undersigned, under penalty of perjury, hereby declares and states as follows:

That ECONLIT, L.L.C. is the Plaintiff herein; that the undersigned has personal knowledge of this matter and is duly authorized to make and sign this verification; that he has read the foregoing COMPLAINT and knows the contents thereof; that the same is true of his own knowledge, except as to such matters as are stated upon information and belief, and as to such matters he believes the same to be true.

Pursuant to Rule 80(i) of the Arizona Rules of Civil Procedure, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 26ᵀ day of December , 2017.

ECONLIT, L.L.C.
Dwight J. Duncan, Managing Director

EXHIBIT A

EconLit LLC

Great American Tower
3200 North Central Avenue, Suite 1850
Phoenix, AZ 85012

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 11/25/2017 | FC 6573 |

| Bill To |
|---------|
| Adam Victor
630 1st Avenue
New York, NY 10016 |

| Customer:Job | Description | Amount |
|--------------|-------------|--------|
| Transnational v. Pegasus | Finance Charges on Overdue Balance
Invoice #05165063 for 17,067.73 on 05/05/2016
Invoice #05165080 for 19,962.31 on 05/20/2016
Invoice #06165099 for 32,157.60 on 06/05/2016
Invoice #06165111 for 36,948.86 on 06/20/2016
Invoice #07165126 for 24,961.02 on 07/05/2016
Invoice #07165188 for 7,496.36 on 07/20/2016
Invoice #08165198 for 10,678.46 on 08/05/2016
Invoice #08165211 for 3,861.36 on 08/20/2016
Invoice #FC 5771 for 212.49 on 08/25/2016
Invoice #08165235 for 4,461.60 on 09/05/2016
Invoice #FC 5829 for 3,559.30 on 09/25/2016
Invoice #FC 5915 for 3,586.26 on 10/25/2016
Invoice #FC 5978 for 3,672.98 on 11/25/2016
Invoice #FC 6035 for 3,875.72 on 12/27/2016
Invoice #FC 6088 for 3,590.59 on 01/25/2017
Invoice #FC 6145 for 3,926.43 on 02/25/2017
Invoice #FC 6193 for 3,620.29 on 03/25/2017
Invoice #FC 6242 for 4,097.53 on 04/25/2017
Invoice #FC 6299 for 4,045.13 on 05/25/2017
Invoice #FC 6345 for 4,273.20 on 06/25/2017
Invoice #FC 6389 for 4,224.49 on 07/25/2017
Invoice #FC 6444 for 4,462.54 on 08/25/2017
Invoice #FC 6484 for 4,558.70 on 09/25/2017

cc: Daryl M. Williams, Esq.; Trevor Fish, Esq. | 4,764.03 |
| Supporting detail for this invoice attached. | | |

| | |
|---|---|
| **Total** | $4,764.03 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,764.03 |

1:35 PM
11/27/17
Accrual Basis

# EconLit LLC
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **Transnational v. Pegasus** | | | | | | |
| Invoice | 05/05/2016 | 05165063 | April 16-30, 2016 | 05/05/2016 | 571 | 17,087.73 |
| Invoice | 05/20/2016 | 05165080 | May 1-15, 2016 | 05/20/2016 | 556 | 19,982.31 |
| Invoice | 06/05/2016 | 06165089 | May 16-31, 2016 | 06/05/2016 | 540 | 32,157.60 |
| Invoice | 06/20/2016 | 06165111 | June 1-15, 2016 | 06/20/2016 | 525 | 35,948.86 |
| Invoice | 07/05/2016 | 07165126 | June 16-30, 2016 | 07/05/2016 | 510 | 24,981.02 |
| Invoice | 07/20/2016 | 07165188 | July 1-15, 2016 | 07/20/2016 | 495 | 7,496.36 |
| Invoice | 08/05/2016 | 08165198 | July 16-31, 2016 | 08/05/2016 | 479 | 10,878.46 |
| Invoice | 08/20/2016 | 08165211 | August 1-15, 2016 | 08/20/2016 | 464 | 3,881.36 |
| Invoice | 08/25/2016 | FC 5771 | Finance Charge | 08/25/2016 | 459 | 212.49 |
| Invoice | 09/05/2016 | 08165235 | August 16-31, 2016 | 09/05/2016 | 448 | 4,461.60 |
| Invoice | 09/25/2016 | FC 5829 | Finance Charge | 09/28/2016 | 427 | 3,559.30 |
| Invoice | 10/25/2016 | FC 5915 | Finance Charge | 10/25/2016 | 398 | 3,586.26 |
| Invoice | 11/25/2016 | FC 5978 | Finance Charge | 11/25/2016 | 367 | 3,672.95 |
| Invoice | 12/27/2016 | FC 6035 | Finance Charge | 12/27/2016 | 335 | 3,875.72 |
| Invoice | 01/25/2017 | FC 6088 | Finance Charge | 01/25/2017 | 306 | 3,590.59 |
| Invoice | 02/25/2017 | FC 6145 | Finance Charge | 02/25/2017 | 275 | 3,926.43 |
| Invoice | 03/25/2017 | FC 6193 | Finance Charge | 03/25/2017 | 247 | 3,620.29 |
| Invoice | 04/25/2017 | FC 6242 | Finance Charge | 04/25/2017 | 216 | 4,097.53 |
| Invoice | 05/25/2017 | FC 6299 | Finance Charge | 05/25/2017 | 186 | 4,045.13 |
| Invoice | 06/25/2017 | FC 6345 | Finance Charge | 06/25/2017 | 155 | 4,273.20 |
| Invoice | 07/25/2017 | FC 6389 | Finance Charge | 07/25/2017 | 125 | 4,224.49 |
| Invoice | 08/25/2017 | FC 6444 | Finance Charge | 08/25/2017 | 94 | 4,462.54 |
| Invoice | 09/25/2017 | FC 6484 | Finance Charge | 09/25/2017 | 63 | 4,568.70 |
| Invoice | 10/25/2017 | FC 6527 | Finance Charge | 10/25/2017 | 33 | 4,509.97 |
| Invoice | 11/25/2017 | FC 6573 | Finance Charge | 11/25/2017 | 2 | 4,764.03 |
| Total Transnational v. Pegasus | | | | | | 218,574.95 |
| **TOTAL** | | | | | | 218,574.95 |

**EXHIBIT 3**

COPY

DEC 2 6 2017

CLERK
DEPUTY CLERK

1   Trevor J. Fish, Arizona Bar #023206
    **EVANS, DOVE, NELSON, FISH & GRIER** P.L.C.
2   2650 E. Southern Avenue
    Mesa, Arizona 85204
3   Phone: (480) 926-8600
    Fax: (480) 926-8985
4
5   Trevor J. Fish, AZ State Bar #023206.
    *Email: Trevor.Fish@azbar.org*
6   *Attorney for Plaintiff EconLit, LLC*
7
8            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
9               IN AND FOR THE COUNTY OF MARICOPA
10  ECONLIT, LLC, an Arizona limited liability      No.        CV2017-096472
    company,
11
                 Plaintiff,                          **CERTIFICATE OF COMPULSORY**
12                                                   **ARBITRATION (Not Subject To)**
    vs.
13
14  TRANSNATIONAL MANAGEMENT
    SYSTEMS, LLC, a Delaware limited liability
15  company; TRANSNATIONAL
    MANAGEMENT SYSTEMS II, LLC, a
16  Delaware limited liability company; JOHN
    DOES I-X; JANE DOES I-X; JOHN DOE
17  ENTITIES I-X,
18
                 Defendants.
19
20
21          The undersigned certifies that the largest award sought by the complainants, including

22  punitive damages, but excluding interest, attorneys' fees, and costs, exceeds the limits set by

23  Local Rule for Compulsory Arbitration.  This case **is not** subject to the Uniform Rules of

24  Procedure for Arbitration.

25  . . . . . .

26  . . . . . .

1

DATED this _26th_ day of _December_ , 2017.

2

3

4

EVANS, DOVE, NELSON, FISH & GRIER P.L.C.

5

6

By: _____

7

Trevor J. Fish, Esq.

8

EVANS, DOVE, NELSON, FISH & GRIER P.L.C

2650 E. Southern Avenue

Mesa, AZ 85204

9

*Attorney for Plaintiff EconLit, LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**EXHIBIT 4**

Skip To MainContent

[                    ] [ Search ]

⚠ **WARNING:** Bogus Phone Calls, Emails May Lead to Fraud.   Read More...

Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2017-096472 | Judge: | Rogers, Joshua |
| File Date: | 12/26/2017 | Location: | Southeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Econlit L L C | Plaintiff | | Trevor Fish |
| Transnational Management Systems L L C | Defendant | | Pro Per |
| Transnational Management Systems I I, L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 3/22/2018 | AFS - Affidavit Of Service | 3/26/2018 | |
| **NOTE:** Affidavit of Direct Service Outside State | | | |
| 3/7/2018 | 322 - ME: Notice Of Intent To Dismiss | 3/7/2018 | |
| 12/26/2017 | COM - Complaint | 12/28/2017 | |
| 12/26/2017 | CCN - Cert Arbitration - Not Subject | 12/28/2017 | |
| 12/26/2017 | CSH - Coversheet | 12/28/2017 | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**