Robert N. Mann (AZ #015892)
**RADIX LAW, PLC**
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ 85254
(602) 606-9300
mann@radixlaw.com
*Attorneys for Defendants Transnational Management Systems, LLC and Transnational Management Systems II, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Econlit, LLC, an Arizona limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>Transnational Management Systems, LLC, a Delaware limited liability company; Transnational Management Systems II, LLC, a Delaware limited liability company; John Does I-X; Jane Does I-X; John Doe Entities I-X,<br><br>    Defendants. | Case No. 2:18-cv-01001-GMS<br><br>(Removed from Maricopa County Superior Court Case No. CV 2017-096472)<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TRANSNATIONAL MANAGEMENT SYSTEMS II, LLC** |

This Corporate Disclosure Statement is filed on behalf of Defendant Transnational Management Systems II, LLC, a Delaware limited liability company, in compliance with the provisions of: (*check one*)

   X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   ____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any

1

nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

 X   No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

_____ Other (please explain)

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: April 17, 2018.

                                                **RADIX LAW, PLC**

*/s/ Robert N. Mann*
Robert N. Mann
*Attorney for Defendant Transnational Management Systems, LLC and Transnational Management Systems II, LLC*

829220.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2018, I electronically transmitted the foregoing document and any attachments to the Clerk of the U.S. District Court for the District of Arizona using the CM/ECF System for filing and a transmittal of a Notice of Electronic Filing was sent to the CM/ECF registered participants as listed below.

>Trevor J. Fish
>EVANS, DOVE, NELSON, FISH & GRIER, PLC
>2650 E. Southern Avenue
>Mesa, AZ 85204
>*Attorneys for Plaintiff*

By: */s/ Donna F. Reid*